IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID A. SCHULTE )<br>)<br>Plaintiff )<br>)<br>v. )<br>MANNERING CONDOMINIUM ASSOCIATION )<br>a Missouri not-for-profit corporation )<br>)<br>and )<br>)<br>EFTHIM COMPANY REALTORS )<br>)<br>Defendants )<br>_____)<br>)<br>MANNERING CONDOMINIUM ASSOCIATION,)<br>)<br>Counterclaim Plaintiff, )<br>)<br>vs. )<br>)<br>DAVID A. SCHULTE )<br>)<br>Counterclaim Defendant. ) | Case No. 4:15-cv-01850-HEA |

## STIPULATION FOR DISMISSAL

It is hereby stipulated by and between Plaintiff – Counterclaim Defendant David A. Schulte ("Schulte"), Defendant-Counterclaim Plaintiff Mannering Condominium Association ("Mannering", and Defendant Efthim Company Realtors ("Efthim") that Schulte's Complaint and Mannering's Counterclaim may and are hereby dismissed with prejudice with court costs to be paid by Mannering.

BRINKER & DOYEN, L.L.P,

/s/*Jon R. Sanner*
Jon R. Sanner # 37213MO
Laurie A Loeschner #59783MO
34 N. Meramec Avenue, 5th Floor
Clayton, Missouri 63105
Telephone: (314) 863-6311
Fax:  (314) 863-8197
E-mail:  jsanner@brinkerdoyen.com
E-mail:  loeschner@brinkerdoyen.com
*Attorneys for Defendants*

LEGAL SERVICES OF EASTERN MISSOURI, INC.

/s/*Daniel E. Claggett*
Daniel E. Claggett  # 26982MO
Daniel E. Underwood #44091MO
W. Patrick Mobley #63636MO
4232 Forest Park Avenue
St. Louis, Missouri 63108
Telephone (314) 256-8711
Fax:  (314) 534-1028
E-mail:  declaggett@lsem.org
*Attorneys for Plaintiff-Counterclaim Defendant*

CURTIS, HEINZ, GARRETT & O'KEEFE, P.C.

/s/*Robert E. Jones*
Robert E. Jones, #35111MO
130 S. Bemiston Avenue, Suite 200
St. Louis, Missouri 63105
Telephone:  (314) 725-8788
Fax:  (314) 314-725-8789
E-mail:  rejones@chgolaw.com
*Attorneys for Defendants and Counterclaim Plaintiff Mannering Condominium Association*

METROPOLITAN EQUAL HOUSING OPPORTUNITY COUNCIL

/s/*Kalila J. Jackson*
Zack M. Schmook #59555MO
Kalila J. Jackson #61964MO
1027 S. Vandeventer Ave. Suite 4
St. Louis, Missouri 63110
Telephone:  (314) 246-9381
Fax:  (314) 888-636-4412
E-mail:  zschmook@ehoc-stl.org
E-mail:  kjackson@ehoc-stl.org
*Attorneys for Plaintiff-Counterclaim Defendant*